# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>MICHAEL EUGENE STEWART,<br><br>　　　　　　Defendant. | CASE NO.:  12-cr-01688-H<br><br>ORDER GRANTING MOTION TO CONTINUE FINAL REVOCATION OF SUPERVISED RELEASE HEARING |

**IT IS HEREBY ORDERED** that Mr. Stewart's Sentencing Hearing, currently scheduled for June 23, 2025, be rescheduled to *August 4, 2025, at 10:15 a.m*.

Date: 6/18/2025

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　HON. MARILYN L. HUFF
　　　　　　　　　　　　　　　　　　　United States District Court Judge